**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Jose MEDINA–MOLINA,
Defendant—Appellant.**

No. 03–10356.

United States Court of Appeals,
Ninth Circuit.

Submitted April 12, 2004.*

Decided April 19, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Thomas Morrissey, Esq., Phoenix, AZ, for Plaintiff–Appellee.

Juan Jose Medina–Molina, Phoenix, AZ, pro se.

Gail Gianasi Natale, Esq., Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

MEMORANDUM **

Juan Jose Medina–Molina appeals his guilty-plea conviction and 51–month sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Medina–Molina has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Medina–Molina has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the appeal is **AFFIRMED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.